

COPY
CLAYTON CO., GA

IN THE SUPERIOR COURT OF CLAYTON COUNTY

STATE OF GEORGIA

'05 AUG -8 PM 12:31

LINDA F MILLER
CLERK SUPERIOR COURT

| | | |
|---|---|---|
| CAROL GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | CIVIL ACTION |
| | ) | |
| | ) | FILE NO 2005CV3451-8 |
| JASON ALLEN POWELL, | ) | |
| EDWARD LAWSON LEE, and | ) | |
| U.S XPRESS ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT

**COMES NOW** Plaintiff herein and files this Complaint for money damages as follows

1

Defendant Jason Allen Powell ("Defendant Powell" hereinafter) resides at 184 Willow Springs Lane, Stockbridge, Henry County, Georgia 30281. Defendant Powell is therefore subject to the jurisdiction of this Court and venue is proper in Clayton County, Georgia

2

Defendant Edward Lawson Lee ("Defendant Lee" hereinafter) is a resident of Summerton, South Carolina Defendant Lee is subject to the jurisdiction of this Court and venue is proper in Clayton County, Georgia, pursuant to O C G A §40-12-1 (Non-Resident Motorist Act)

3.

Defendant U S Xpress Enterprises, Inc , ("Defendant Xpress Enterprises" hereinafter) is a foreign corporation authorized to transact business in the State of Georgia, whose registered agent, National Registered Agents, Inc , may be served by Second Original at 3761 Venture Drive, Duluth, Georgia 30096  Defendant Xpress Enterprises is subject to the jurisdiction of this Court and venue is proper in Henry County, Georgia, pursuant to O C G A §46-7-17(b)

4

On or about September 11, 2004, on a public roadway known as Interstate 75 South near its intersection with Georgia Highway 54, Plaintiff Carol Gibson was driving a 1992 Saturn in a safe and prudent manner

5.

On or about said date, at approximately 2 09 a m , the Ford F-150 pick-up truck being driven by Defendant Powell impacted the 1992 Saturn being driven by Plaintiff, which was then struck by the tractor trailer owned by Defendant U S. Xpress and being driven by Defendant Lee

6

At all times relevant hereto, Defendant Lee was an employee, agent and/or servant of Defendant Xpress Enterprises, working out of and in the course of his employment with Defendant Xpress Enterprises

3.

Defendant U S Xpress Enterprises, Inc , ("Defendant Xpress Enterprises" hereinafter) is a foreign corporation authorized to transact business in the State of Georgia, whose registered agent, National Registered Agents, Inc , may be served by Second Original at 3761 Venture Drive, Duluth, Georgia 30096  Defendant Xpress Enterprises is subject to the jurisdiction of this Court and venue is proper in Henry County, Georgia, pursuant to O C G A §46-7-17(b)

4

On or about September 11, 2004, on a public roadway known as Interstate 75 South near its intersection with Georgia Highway 54, Plaintiff Carol Gibson was driving a 1992 Saturn in a safe and prudent manner

5.

On or about said date, at approximately 2 09 a m , the Ford F-150 pick-up truck being driven by Defendant Powell impacted the 1992 Saturn being driven by Plaintiff, which was then struck by the tractor trailer owned by Defendant U S. Xpress and being driven by Defendant Lee

6

At all times relevant hereto, Defendant Lee was an employee, agent and/or servant of Defendant Xpress Enterprises, working out of and in the course of his employment with Defendant Xpress Enterprises

7

By reason of the principal/agent relationship that existed between Defendant Lee and Defendant Xpress Enterprises, at said time and place, any negligence on the part of Defendant Lee in the operation of said motor vehicle is imputed to Defendant Xpress Enterprises through the doctrine of respondeat superior

8

In all acts and at all times mentioned herein, Defendant Powell, Defendant Lee and Defendant Xpress Enterprises were joint tortfeasors and/or obligors

9

Plaintiff shows that the aforesaid collision was proximately caused by negligence of Defendants, and said acts of negligence of said individuals include, but are not limited to, the following·

(a) Immediately prior to the aforesaid collision, Defendants Powell and Lee were Following Too Closely, in violation of O C G A §40-6-49(A), and are therefore guilty of negligence per se,

(b) Immediately prior to the aforesaid collision, Defendants Powell and Lee were driving at a speed greater than was reasonable and prudent under the conditions without regard for the actual and potential hazards then existing, in violation of O C G A §40-6-180, and are therefore guilty of negligence per se;

(c) Immediately prior to the aforesaid collision, Defendant Lee was driving the tractor trailer in reckless disregard for the safety persons and property, in violation of O C G A §40-6-390, and are therefore guilty of negligence per se,

(d) Immediately prior to the aforesaid collision, Defendant Lee was driving the tractor trailer in a lane of traffic proscribed under Georgia Law, and is therefore guilty of negligence per se,

(e) Immediately after the aforesaid collision, Defendant Powell Hit and Run, in violation of O.C.G.A. §40-6-273, and is therefore guilty of gross negligence and illegal conduct,

(f) Immediately after the aforesaid collision, Defendant Powell was charged with Driving Under the Influence in violation of O.C.G.A. §40-6-391, and is therefore guilty of gross negligence and illegal conduct,

(g) Immediately prior to the aforesaid collision, Defendants Powell and Lee misjudged clearance,

(h) Immediately prior to the aforesaid collision, Defendants Powell and Lee failed to take evasive action,

(i) Immediately prior to the aforesaid collision, Defendants Powell and Lee failed to warn,

(j) Immediately prior to the aforesaid collision, Defendants Powell and Lee failed to keep a proper look-out, and

(k) Any and all acts of negligence which may be shown at trial

10.

As a direct result of said negligence on the part of said Defendant, Plaintiff incurred damages of medical expenses, diminished capacity to labor, and extensive physical pain and suffering and mental anguish

11

All of the injuries to Plaintiff as stated herein are due to the negligence of the Defendants, and said negligence is the sole, direct, and proximate cause of injuries to the Plaintiff, unmixed with any negligence on the part of the Plaintiff or on the part of any other person

12

Plaintiff is entitled to recover from the Defendants, jointly and severally, for the aforementioned medical expenses, diminished capacity to labor, pain and suffering and mental anguish

**WHEREFORE**, Plaintiff respectfully demands as follows.

(a) Process issue and Defendants be served with process according to law,

(b) Plaintiff have judgment against Defendants, jointly and severally, in an amount to be determined by the enlightened conscience of the jury for medical expenses, past, present, and future, lost capacity to labor, the extensive pain and suffering, and mental anguish, past, present and future, to which Plaintiff has been subjected,

(c) Plaintiff have judgment against Defendants, jointly and severally, under the auspices of a bifurcated trial for exemplary and punitive damages due to gross negligence in an amount to be determined by the enlightened conscience of the jury,

(d) Plaintiff have and be awarded a trial by jury, and

(e) Plaintiff have such other and further relief as this court and jury may deem just and proper under the premises and circumstances

(Signature on Next Page)

This \_\_\_4;th\_\_\_ day of \_\_August\_\_, 2005

Respectfully submitted,

ROBERT B LIPMAN & ASSOCIATES, P C

_____
ROBERT B LIPMAN
State Bar No 453550

_____
R ALEX FICKER
State Bar No 141556
Attorneys for Plaintiff

229 Peachtree Street, N.E
Suite 2450, International Tower
Atlanta, Georgia 30303
(404) 588-1001

## NATIONAL REGISTERED AGENTS, INC.
### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To   LISA M PATE  
U S XPRESS, INC  
4080 JENKINS ROAD  
CHATTANOOGA, TN 37421-

SOP Transmittal #   GA24860

Telephone  (800) 767-1553  
Fax  (609) 716-0820

Defendant   U S XPRESS ENTERPRISES, INC

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of GEORGIA on this 24th day of August, 2005 The following is a summary of the document(s) received

1) **Title of Action**   Carol Gibson vs U S Xpress Enterprises, Inc, et al

2) **Document(s) served**

   | | | |
   |---|---|---|
   | X Summons | ___ Subpoena | ___ Injunction |
   | X Complaint | ___ Third Party Complaint | ___ Notice of _____ |
   | ___ Petition | ___ Demand for Jury Trial | ___ Mechanics Lien |
   | ___ Garnishment | ___ Default Judgement | ___ Other |

3) **Court of Jurisdiction/ Case & Docket Number**   Clayton County Superior Court, GA  2005cv3451-8

4) **Amount claimed, if any**   n/a

5) **Method of Service**

   | | | |
   |---|---|---|
   | X Personally Served By | ___ Process Server | X Deputy Sheriff | ___ U S Marshall |
   | ___ Delivered Via | ___ Certified Mail | ___ Regular Mail | ___ Facsimile |
   | ___ Other | | | |

6) **Date and Time of Service**   8/24/2005 4 25 30 PM

7) **Appearance/Answer Date**   30 Days

8) **Plaintiff's Attorney**   Robert B Lipman  
Attorney at Law  
229 Peachtree Street NE  
Suite 2450 - International Tower  
Atlanta, GA 30303  
404 586-1001

9) **Federal Express Airbill #**   791181941277

10) **Call Made To**   Not required

11) **Special Comments**

NATIONAL REGISTERED AGENTS, INC        Copies To

Transmitted by Maggie Ferdinand        Received By

The Information contained in this Summary Transmittal Form is provided by National Registered Agents Inc for the informational purposes only and should not be considered a legal opinion It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take the appropriate action

**ACKNOWLEDGEMENT COPY**

## NATIONAL REGISTERED AGENTS, INC.
### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To   LISA M PATE
     U S XPRESS, INC
     4080 JENKINS ROAD
     CHATTANOOGA, TN 37421-

SOP Transmittal #   GA24860

Telephone   (800) 767-1553
Fax   (609) 716-0820

Defendant   U S XPRESS ENTERPRISES, INC

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of GEORGIA on this 24th day of August, 2005   The following is a summary of the document(s) received

1) **Title of Action**   Carol Gibson vs U S Xpress Enterprises, Inc, et al

2) **Document(s) served**

   | X | Summons | __ | Subpoena | __ | Injunction |
   |---|---|---|---|---|---|
   | X | Complaint | __ | Third Party Complaint | __ | Notice of _____ |
   | __ | Petition | __ | Demand for Jury Trial | __ | Mechanics Lien |
   | __ | Garnishment | __ | Default Judgement | __ | Other |

   *Handwritten: Rec'd 8/25/05   dnp To Cyndi Crawford*

3) **Court of Jurisdiction/**   Clayton County Superior Court, GA
   **Case & Docket Number**   2005cv3451-8

4) **Amount claimed, If any**   n/a

5) **Method of Service**

   | X | Personally Served By | __ | Process Server | X | Deputy Sheriff | __ | U S Marshall |
   |---|---|---|---|---|---|---|---|
   | __ | Delivered Via | __ | Certified Mail | __ | Regular Mail | __ | Facsimile |
   | __ | Other | | | | | | |

6) **Date and Time of Service**   8/24/2005 4 25 30 PM

7) **Appearance/Answer Date**   30 Days

8) **Plaintiff's Attorney**   Robert B Lipman
   Attorney at Law
   229 Peachtree Street NE
   Suite 2450 - International Tower
   Atlanta, GA 30303
   404 588-1001

9) **Federal Express Airbill #**   791181941277

10) **Call Made To**   Not required

11) **Special Comments**

**NATIONAL REGISTERED AGENTS, INC**         Copies To

Transmitted by Maggie Ferdinand

The information contained in this Summary Transmittal Form is provided by National Registered Agents Inc for the informational purposes only and should not be considered a legal opinion It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take the appropriate action

**ORIGINAL**

SHERIFF'S ENTRY OF SERVICE

SC 85-2

CLYDE CASTLEBERRY CO COVINGTON GA 30015

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☒ |
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Civil Action No __2005CV3451-8__

Date Filed __August 8, 2005__

Georgia, __Clayton__ COUNTY

__Carol Gibson__

Plaintiff

Attorney's Address
ROBERT B. LIPMAN & ASSOCIATES, P.C.
INTERNATIONAL TOWER
SUITE 2450
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303

VS

__Jason Allen Powell, Edward Lawson Lee__
__U.S. Xpress Enterprises, Inc__

Defendant

Name and Address of Party to be Served
__U.S Xpress Enterprises, Inc__
__c/o National Registered Agents, Inc__
__3761 Venture Drive, Suite 260__
__Duluth, Georgia 30096__

Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant_____personally with a copy of the within action and summons

**NOTORIOUS** ☐ I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County
Delivered same into hands of_____described as follows
age about_____years, weight_____pounds height about_____feet and_____inches, domiciled at the residence of defendant

**CORPORATION** ☐ Served the defendant __US Xpress Ent., Inc Reg Agent_____ a corporation
by leaving a copy of the within action and summons with __Manager Residence St__
in charge of the office and place of doing business of said Corporation in this County

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons

**NON EST** ☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this Court

This___ day of___, 20___

_____
DEPUTY

SHERIFF DOCKET_____ PAGE_____



IN THE SUPERIOR COURT OF CLAYTON COUNTY

STATE OF GEORGIA

Carol Gibson

CIVIL ACTION NUMBER 2005CV3451-8

PLAINTIFF(s)

VS

Jason Allen Powell

Edward Lawson Lee

U.S Xpress Enterprises, Inc

DEFENDANT(s)

SUMMONS

TO THE ABOVE NAMED DEFENDANT
You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is

**Robert B. Lipman, P.C.**
**229 Peachtree Street, N.E.**
**Suite 2450, International Tower**
**Atlanta, Georgia 30303**

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

This ___8th___ day of ___August___, 20 _05_

Clerk of Superior Court

By ___Jill S. Roosma___
Deputy Clerk

To Defendant upon whom this petition is served

This copy of complaint and Summons was served upon you _____ 20 _____

_____Deputy Sheriff